UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cr-80011-Rosenberg/Reinhart

18 U.S.C. § 1029(a)(2)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 982
18 U.S.C. § 1029(c)(1)(C)

UNITED STATES OF AMERICA

vs.

JASIDY KING,

Defendant.
_____/

FILED BY SP D.C.
FEB 10 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

# INDICTMENT

The Grand Jury charges that:

## COUNT 1
(Use of an Unauthorized Access Device - 18 U.S.C. § 1029(a)(2))

On or about April 17, 2017 to on or about April 18, 2017, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**JASIDY KING,**

did knowingly and with the intent to defraud, use an unauthorized access device, that is, ~~Comity Bank~~ Genesis Financial credit account ending in 4077 issued to victim S.H., during any one-year period, and by such conduct did obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

1

## COUNT 2
### (Use of an Unauthorized Access Device - 18 U.S.C. § 1029(a)(2))

On or about April 18, 2017, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

### JASIDY KING,

did knowingly, and with the intent to defraud, use an unauthorized access device, that is, Regions Bank loan account ending in 2362 issued to victim S.H., during any one-year period, and by such conduct did obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

## COUNT 3
### (Aggravated Identity Theft - 18 U.S.C. § 1028A(a)(1))

On or about April 17, 2017, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

### JASIDY KING,

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(2), that is, knowingly and with intent to defraud trafficking in and using one or more unauthorized access devices during a one-year period, and by such conduct, obtaining anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, as charged in Count 1, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, that is, date of birth XX/XX/1986 belonging to victim S.H., Florida drivers' license number ending in 5500 issued to victim S.H., and ~~Comity Bank~~ GENESIS FINANCIAL credit account number ending in 4077 issued to victim S.H., to purchase two

2

watches, in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT 4
### (Aggravated Identity Theft - 18 U.S.C. § 1028A(a)(1))

On or about April 18, 2017, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**JASIDY KING,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(2), that is, knowingly and with intent to defraud trafficking in and using one or more unauthorized access devices during a one-year period, and by such conduct, obtaining anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, as charged in Count 1, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, that is, ~~Comity Bank~~ GENESIS FINANCIAL credit account number ending in 4077 issued to victim S.H., to purchase an engagement ring, in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT 5
### (Aggravated Identity Theft - 18 U.S.C. § 1028A(a)(1))

On or about April 18, 2017, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**JASIDY KING,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(2), that is, knowingly and with intent to defraud trafficking in and using one or more unauthorized access devices during a one-year period, and by such conduct, obtaining anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign

commerce, as charged in Count 1, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, that is, ~~Comity Bank~~ GENESIS FINANCIAL credit account, number ending in 4077 issued to victim S.H., to purchase a Rolex watch, in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT 6
### (Aggravated Identity Theft - 18 U.S.C. § 1028A(a)(1)

On or about April 18, 2017, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

### JASIDY KING,

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(2), that is, knowingly and with intent to defraud trafficking in and using one or more unauthorized access devices during a one-year period, and by such conduct, obtaining anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, as charged in Count 2 of this Indictment, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, that is, date of birth XX/XX/1986 belonging to victim S.H., social security number ending in 8145 issued to victim S.H., Florida drivers' license number ending in 5500 issued to victim S.H., and Regions Bank loan account number ending in 2362 issued to victim S.H., to purchase of a ~~2015~~ 2014 Cadillac, in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

### FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of certain property in which the defendant, JASIDY KING, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1029(a)(2), as alleged in this Indictment, the defendants shall forfeit to the United States of America (a) any property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of such offense, pursuant to Title 18, United States Code, Section 982(a)(2)(B); and (b) any personal property used, or intended to be used, to commit such offense, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1) and 1029(c)(2).

A TRUE BILL

FOREPERSON

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

ROBIN W. WAUGH
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JASIDY KING,

                    Defendant/

CASE NO. 22-cr-80011-Rosenberg/Reinhart

**CERTIFICATE OF TRIAL ATTORNEY***

Superseding Case Information:

**Court Division:** (Select One)
- [ ] Miami
- [ ] Key West
- [ ] FTL
- [x] WPB
- [ ] FTP

New defendant(s) [ ] Yes [ ] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No**
   List language and/or dialect _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   0 to 5 days     [x]
   - II   6 to 10 days   [ ]
   - III   11 to 20 days   [ ]
   - IV   21 to 60 days   [ ]
   - V   61 days and over   [ ]

   (Check only one)
   - Petty [ ]
   - Minor [ ]
   - Misdemeanor [ ]
   - Felony [x]

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **No**
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

 

_____
Robin W. Waugh
Assistant United States Attorney
FLA Bar No.     0537837

*Penalty Sheet(s) attached                                          REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** JASIDY KING

**Case No.:** 22-cr-80011-Rosenberg/Reinhart

**Counts 1 and 2:**

Use of an Unauthorized Access Device

18 U.S.C. § 1029(a)(2)

**\*Max. Penalty:** 10 years' imprisonment; 3 years' Supervised Release; $250,000 Fine.

**Counts 3 - 6:**

Aggravated Identity Theft

18 U.S.C. § 1028A(a)(1)

**\*Max. Penalty:** Mandatory 2 years' imprisonment consecutive to any other term of imprisonment; 1year supervised release; $250,000 Fine.

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**